THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JADY KELLY, Appellant.— Order affirmed. Held, no question is raised by the district attorney that the order is not appealable, or of our jurisdiction to entertain the appeal. Upon the merits we are of the opinion that the order should be affirmed. All concur.

In the Matter of FREDERICK G. SPENCER, an Attorney and Counselor at Law.— Order to show cause issued returnable May fourth, why said attorney should not be disbarred upon the charges contained in the petition of John D. McIntyre, verified March tenth.

UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent, v. CHARLES S. OWEN, as Sheriff of Monroe County, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Admitted to Practice as Attorneys and Counselors at Law, at the March term, 1920, upon examination: JOHN T. CROSS, of Utica; MILLER B. MORAN, of Lowville; JACOB L. FARB, of Buffalo; BYRNE V. HUEBER, of Syracuse; STANLEY A. WILLIAMS, of Syracuse; GEORGE W. PRATT, of Corning; D. RUMSEY WHEELER, of Buffalo; SAMUEL J. DICKEY, of Buffalo; ELLSWORTH NICHOLS, of Rochester; CHARLES McLOUTH, JR., of Palmyra; HAROLD P. BURKE, of Rochester; JOHN A. JENNINGS, of Rochester; D. CLYDE JONES, of Rochester.